```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA,


            - against -                           19 Cr. 604(DAB)
                                                       ORDER

CHANDANA HERATHMUDIYANSELAGE,

                Defendant.
---------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

The Court is in receipt of the Letter and Submission from Defendant Herathmudiyanselage dated November 8, 2019. Defendant wishes to waive the preparation of the Pre-Sentence Report ("PSR") and wishes to be sentenced immediately after the plea hearing scheduled for November 19, 2019. It appears the Government has consented.

In order for the Court to have sufficient information so that the Court can sentence him without the PSR, the Government must file its submission to the Court no later than Friday, November 15, 2019 at 4:00 pm. The Court considers Defendant's submission of November 8, 2019 sufficient.

SO ORDERED.

DATED:   New York, New York
         November 12, 2019

                                              _____
                                                    Deborah A. Batts
                                              United States District Judge