**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---:|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5507 |
| Robert A. Soloway | |
| David Stern | |
| _____ | |
| Rachel Perillo | |

June 15, 2020

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   United States v. Chandana Herathmudiyanselage
            19 Cr. 604 (RA)

Dear Judge Abrams:

    I represented Mr. Chandana Herathmudiyanselage in the above referenced matter. Krishani Gunawardena's interpreting services were necessary post sentencing to communicate with Mr. Herathmudiyanselage and my associate, Rachel Perillo regarding his concerns with the Bureau of Prisons' sentence computation and the shipment of his personal belongings to his family in Sri Lanka.

    Therefore, it is respectfully requested that your Honor approve the interpreter's vouchers at the daily court interpreter rate for services rendered on February 24, February 26 and March 2, 2020 communicating with my client and associate in this matter. Thank you very much.

                                                       Sincerely,
    Application granted.                          /s/
                                                       David Stern
    SO ORDERED.

    _____
    Ronnie Abrams, U.S.D.J.
    June 15, 2020