# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

January 12, 2021

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Chandana Herathmudiyanselage
19 Cr. 604 (RA)

Dear Judge Abrams:

I represented Chandana Herathmudiyanselage in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 16.0 hours, nunc pro tunc to October 20, 2019, assisting me in this matter. Much of that time involved communicating with our client, and the Sinhalese interpreter working with us; preparing a sentencing submission and appearing for a plea and sentence hearing on November 19, 2019.

I apologize for not seeking pre-approval of the hours of my associate and losing track of the number of hours Ms. Perillo had logged. But I respectfully pray that the Court will approve payment at an hourly rate of $90.00 for associate time in this matter.

Thank you very much for your attention.

Sincerely,

*David Stern*
David Stern

DS/sc

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
January 12, 2021